# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:16-CR-00097-1-DGK |
| CHRISTOPHER L. CORN, | ) |
| Defendant. | ) |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On May 21, 2018 the Honorable John T. Maughmer, United States Magistrate Judge for the Western District of Missouri, issued his Report and Recommendation (Doc. 91) recommending that Defendant's Motion to Dismiss (Doc. 74) be denied. Defendant objected, arguing that his due process rights were violated by the Government's destruction of evidence. (Doc. 105).

The Court has also reviewed de novo the transcripts of the proceedings held before Judge Maughmer on April 18, 2018. The Court ADPOTS the Magistrate Judge's Report and Recommendation and DENIES Defendant's Motion to Dismiss. As Judge Maughmer explained, "[t]he remedy, if any, would be an adverse inference instruction if there should be a proper showing at trial. Whether any such an instruction is necessary or appropriate will not be and cannot be determined at this time."

**IT IS SO ORDERED.**

Date: June 11, 2018      /s/ Greg Kays
                         GREG KAYS, CHIEF JUDGE
                         UNITED STATES DISTRICT COURT